

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Jeffrey Allen Lindsay, | § | No. 08-18-00212-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| The Estate of Roy Orey Lindsay, Sr., Roy A. Lindsay, Rainey L. Lindsay, Susan Lindsay Thomas, Joni K. Lindsay, Roy A. ("Sonny") Lindsay, and Hanging H. Ranch, Inc., | § | of Reeves County, Texas |
| | § | (TC# 13-12-20542 P3137) |
| | § | |
| Appellees. | § | |

## **O R D E R**

On October 28, 2021, the Court issued a letter requesting the parties to file a motion to dismiss by November 17, 2021. As of this date, no motion to dismiss has been filed. Therefore, the Court ORDERS the parties to file a motion to dismiss by December 2, 2021. If no motion to dismiss is filed, the Court will continue with the appeal without a reporter's record.

IT IS SO ORDERED this 22nd day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.